IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



Fritz Gerald Toussaint

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Cory Booker

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. __CV 23-776__
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No ✓
(check one)



Gujarati, J.
Bloom, M.J.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Fritz Gerald Toussaint
- Street Address: 6353 El Cajon Bld ST 124 PmB 137
- City and County: San Diego CA 92115
- State and Zip Code:
- Telephone Number:
- E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Cory Booker
- Job or Title (if known):
- Street Address: Two Gateway Plaza
- City and County: Newark NJ
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:

2

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address

    (if known)    _____

Defendant No. 3

    Name    _____

    Job or Title

    (if known)    _____

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address

    (if known)    _____

Defendant No. 4

    Name    _____

    Job or Title

    (if known)    _____

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address

    (if known)    _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF EQUAL PROTECTION
VIOLATION OF ADA

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* FRITZ GERALD TOUSSAINT, is a citizen of the State of *(name)* CALIFORNIA. DOMICILED

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* RORY BOOKER, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: **111 Million British Pounds per occurrence from the day first admonished**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Dereliction of Duty while operating under the color of USC 4 as well as the provision of the Equal Protection Law Cory Booker ignored plaintiff's demand for help**

**Collected personal information stored it with the agencies that plaintiff complained of**

**Effectively endorsing the acts of torture that are still being utilized against plaintiff**

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DEMAND FOR DISCOVERY
DEMAND FOR JURY TRIAL
DEMAND FOR IMPEACHMENT OF CORY BOOKER
DEMAND FOR 1 MILLION British Pound PER OCCURANCE

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/30/2023

Signature of Plaintiff    Fritz Gerald Toussaint
Printed Name of Plaintiff    Fritz Gerald Toussaint

6

CORY A. BOOKER
NEW JERSEY

## United States Senate

NEWARK OFFICE:
GATEWAY ONE
11-43 RAYMOND PLAZA WEST
SUITE 2300
NEWARK, NJ 07102

CAMDEN OFFICE
ONE PORT CENTER
SUITE 505
2 RIVERSIDE DRIVE
CAMDEN, NJ 08101

Dear New Jerseyan:

Thank you for contacting my Newark office for assistance with your case. I appreciate hearing from you and, although my staff and I cannot guarantee a particular outcome, we look forward to assisting you in any way we can.

As my staff addresses your concerns, please bear in mind that they cannot force an agency to expedite your case or to act in your favor. My office is not able to offer legal advice or recommend an attorney. The rules of the Senate do not allow me or my staff to intervene in, or influence the outcome of, cases that are under the jurisdiction of any court. Finally, my office cannot intervene in matters under the jurisdiction of state, county, or local governments.

In accordance with the provisions of federal privacy law, the Privacy Act of 1974 (Title 5, Section 552A U.S.C.), our office must receive a completed Privacy Release before making any inquiries or receiving any information on your behalf. Please complete the attached form and mail, scan, or fax it, along with copies of any pertinent documents, to the following address:

Senator Cory A. Booker
Attn.: Constituent Services
One Gateway Center, 23rd Floor
Newark, New Jersey 07102
Fax: 973-639-8723
casework@booker.senate.gov

Once we receive your completed form, my staff will contact the appropriate agency and inquire about your case. I assure you that we will do everything we can to provide timely and effective service once we receive the form.

If you have any questions or concerns, please call 973-639-8700. Again, thank you for contacting me.

Sincerely,

*[signature]*

Cory A. Booker
United States Senator

*[handwritten:]* NOTIFIED OF ACTs OF TORTURE ON 12/70/F19

